IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIRITKUMAR DESAI                          :          CIVIL ACTION
    Petitioner,                           :
                                          :
    v.                                    :
                                          :
PENNSYLVANIA BOARD OF                      :
PROBATION AND PAROLE, et al.              :
    Respondents.                          :          No. 05-1811

## O R D E R

.

    **AND NOW**, this            day of November 2005, upon careful and independent

consideration of the petition for a writ of habeas corpus, and after review of the Report and

Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED**

that:

    1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

    2.  The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED** with

prejudice;

    3.  A certificate of appealability **SHALL NOT** issue because we do not believe

Petitioner has made "a substantial showing of the denial of a constitutional right."

28 U.S.C. § 2253(c)(2); and

    4.  The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.


                      BY THE COURT:


                      _____
                      MARY A. MCLAUGHLIN, J.